DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAVON STONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3613

[February 24, 2022]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim L. Bailey, Judge; L.T. Case No. 14-006907CF10A and 20-000663CF10A.

Tavon Stone, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***